1142

No. 01–7308. TAYLOR v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 01–7309. TEEPLE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–7311. ARMSTEAD v. WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 01–7313. ATCHLEY v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–7314. KIMBALL v. JOHNSON ET AL. C. A. 3d Cir. Certiorari denied.

No. 01–7319. PEREZ-AGUIRRE, AKA PEREZ-MACEDO v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 01–7320. SICARI v. MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 01–7321. RAY v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 01–7324. TURLEY ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–7325. TURAY v. WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 01–7326. OLIVER ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–7327. PETTREY v. WEST VIRGINIA. Sup. Ct. App. W. Va. Certiorari denied.

No. 01–7328. MOREJON-PACHECO v. FEDERAL BUREAU OF PRISONS ET AL. C. A. 4th Cir. Certiorari denied.

No. 01–7329. CAMPBELL v. UNITED STATES. C. A. 6th Cir. Certiorari denied.